UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Southwestern Bell Mobil Systems,
              Plaintiff

              CIVIL ACTION

    V.

              NO. 04-40004-FDS

Nestler, et al.,
              Defendant

ORDER OF DISMISSAL

Saylor, D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on 10/27/04, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

12/22/04                      /s/ Martin Castles
Date                             Deputy Clerk

(4mdism.ord - 09/96)                [odism.]